**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                      CASE NO.     3:09-cr-220-J-32JRK

CHRISTOPHER MARK SPENCE

## ORDER

This case came before the Court on defendant's Motion to Suppress Physical Evidence (Doc. 36) to which the government responded (Doc. 38). After conducting an evidentiary hearing on February 16, 2010, the Magistrate Judge entered a Report and Recommendation (Doc. 47) recommending that the Motion be denied. The defendant objected to the Report and Recommendation (Doc. 50), and the government responded to the objections (Doc. 51). Having now conducted a de novo review, it is

**ORDERED:**

1. Defendant's Objections to Report and Recommendation (Doc. 50) are **OVERRULED.**

2. The Report and Recommendation (Doc. 47) is **ADOPTED** as the opinion of the Court.

3. Defendant's Motion to Suppress Physical Evidence (Doc. 36) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of May, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:
Hon. James R. Klindt, U.S. Magistrate Judge
Dineen A. Baker, AUSA
Donald Mairs, Esquire